Michael F. Mulcahy, Late Sheriff of Cook County, for Use of Tillie Ulrich, Appellee, v. Charles J. Ulrich and Raymond Klingbeil. Raymond Klingbeil, Appellant.

Gen. No. 46,611. (Abstract of Decision.)

First District, First Division.

June 13, 1955.

Released for publication September 15, 1955.

Joseph Lustfield, for appellant; John H. Ehardt, and Arthur A. Lieberman, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full.